



## MEMORANDUM OPINION

No. 04-10-00398-CR

### IN RE Jason MIEARS

Original Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
               Sandee Bryan Marion, Justice
               Steven C. Hilbig, Justice

Delivered and Filed:  June 9, 2010

PETITIONS DENIED

Relator Jason Miears filed the following: (1) sixteen petitions for writ of mandamus; (2) four petitions for writs of prohibition; (3) four petitions entitled "writ of capias profine"; (4) four petitions entitled "petition for writ of quo warranto"; (5) four petitions for writ of habeas corpus; (6) one petition entitled "writ of attachment"; (7) one petition entitled "writ of execution"; (8) four petitions for writ of injunction; (9) one petition entitled "writ of procendo"; (10) one petition entitled "writ of error"; and (11) twenty-nine motions.

---

[1] This proceeding arises out of Cause No. 2009-CR-6566, styled *State of Texas v. Jason Miears*, pending in the 379th Judicial District Court, Bexar County, Texas, the Honorable Ron Rangel presiding.

The court has considered relator's petitions and motions and is of the opinion that relator is not entitled to the relief sought in any of the petitions or motions. Accordingly, the petitions and all motions are DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH